**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RAMANAND PERSAUD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIV-05-09-R |
| | ) | |
| **JOHN DOE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered March 29, 2006. Plaintiff was granted an extension of time until May 18, 2006 in which to object to the Report and Recommendation but no Objection has been filed nor has a further extension of time been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety; the separate motions for summary judgment filed by Defendants L. Walker, T. Kelso and E. Barby [Doc. No. 48], Defendants T. Butts and Dr. Goforth [Doc. No. 49], Defendant United States of America [Doc. No. 50] and Defendant J. Parker [Doc. No. 53] are GRANTED; Plaintiff's Complaint against Defendants John Doe and C. Williams is DISMISSED without prejudice for failure to timely effect service of process; and Plaintiff's Motion for Sanctions is DENIED.

**It is so ordered this 24th day of May, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE